Scott Ferrell SBN 213405
Law Offices of Scott Ferrell
30162 Tomas, Suite 204
Rancho Santa Margarita, CA 92688
Tel: (949) 659-6746
Email: scott@scottferrell.com
Attorney for Plaintiff, ASTRID CAMARGO

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

|  |  |
|---|---|
| ASTRID CAMARGO<br><br>           Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>           Defendant. | Case No. 8:26-cv-00906-PA-JDE<br><br>ORDER OF STIPILATION DISMISSAL WITH PREJUDICE AS TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC. |

IT IS HEREBY ORDERED that the Complait as to Defendant EXPERIAN INFORMATION SOLUTIONS, INC., is dismissed with prejudice, with each party to bear its own costs and fees.

Dated: June 30, 2026 _____

Percy Anderson
United States District Judge

1

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO
DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.